# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **YANCEY LAMARR WHITE,** Inmate #03561-025, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) )   CIVIL NO.  04-125-GPM ) |
| **CHARLES GILKEY,** | ) ) |
| Respondent. | ) ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's December 20, 2006 Memorandum and Order, Magistrate Judge Frazier's Report and Recommendation (Doc. 11) is **ADOPTED**, and the petition for writ of habeas corpus is **DENIED**. This action is **DISMISSED with prejudice**.

**DATED**:   12/20/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
         Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE